IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JORGE L. NIEBLA,
        Plaintiff,

vs.                                    Case No. 5:08cv326/SPM/MD

JOHN M. PALMER,
        Defendant.

### REPORT AND RECOMMENDATION

      This cause is before the court upon referral from the clerk.  Plaintiff, an inmate of the Florida penal system proceeding *pro se*, initiated this action on October 24, 2008 by filing a civil rights complaint under 42 U.S.C. § 1983.  (Doc. 1).  Because plaintiff's complaint was not on the court form and was not accompanied by the filing fee or an application to proceed *in forma pauperis*, this court entered an order on November 12, 2008 directing plaintiff to file an amended complaint and to either pay the $350.00 filing fee or file a complete application to proceed *in forma pauperis*, within thirty days.  (Doc. 3).  Plaintiff was warned that failure to comply with the order would result in a recommendation of dismissal of this action.

      Thereafter, plaintiff filed an amended complaint (doc. 4); however, he did not comply with the remaining requirements of the order concerning the filing fee.  Accordingly, on December 29, 2008 this court issued an order directing plaintiff to show cause, within twenty days, why this case should not be dismissed for failure to comply with an order of the court.  (Doc. 5).  Plaintiff has responded, arguing that the defendant should be compelled to pay the filing fee.  (Doc. 6).

To date, over sixty days has elapsed since issuance of the court's November 12, 2008 order, and plaintiff has not paid the filing fee or applied for leave to proceed *in forma pauperis*. Plaintiff has been given ample time and opportunity to do so. Because his filings indicate that he is unwilling, rather than unable to comply, this case should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 15th day of January, 2009.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.** A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).